IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLETTE RYBINSKI, surviving spouse of Thomas Warren Rybinski, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC., d/b/a New England )<br>Compounding Center, )<br>)<br>Defendant. ) | Civil No. 3:12-1233<br>Judge Trauger |

**O R D E R**

Given the filing of bankruptcy by the defendant in this case, it is hereby **ORDERED** that this case is **STAYED** pursuant to 11 U.S.C. § 362(a) pending further order of the court. The initial case management conference scheduled for January 28, 2013 is **CANCELLED**.

It is so **ORDERED.**

ENTER this 7th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge